FILED

JUL - 7 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM T. DAVIS
2300 Good Hope Road, S.E.
Apt. 612
Washington, DC  20020

    Plaintiff,

v.

GABLES RESIDENTIAL/H.G.SMITHY
777 Yameto Road, Suite 510
Boca Raton, Florida  33431

    Defendants.

CASE NUMBER  1:05CV01358

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Employment Discrimination

DATE STAMP: 07/07/2005

## COMPLAINT

On February 2000, I filed a charge with the EEOC. The case was resolved in my favor. As a result of mediation: 1. I was given a $5,000 interest free loan; 2. Reinstated at my previous salary;  3. Retention of all benefits and seniority.

I was then transferred to Marlbury Plaza property in Washington, D.C. I worked there as a maintenance technician at the same salary received as a Chief Engineer.

On November 2002, Marlbury Plaza was taken over by new management (Gables Residential) who retained most of H.G. Smithy's management team and employees. I was working as assistant Chief Engineer to Chief Engineer Maurice Williams. In the process of performing my duties, I was directed to go into the boiler room and try to re-start the boiler. At this time, a boiler inspector arrived who informed me that this was illegal for me to be in the boiler room without the presence of a licensed boiler room engineer (which the Chief

Engineer was not). At this time, I brought it to the attention of the Chief Engineer, and was told not to worry about it because "the inspector could not see me in there from his office." He continued sending techs into the boiler room without supervision.

I voiced my concerns about the safety factor involving maintenance techs working on boilers without training or licensing, up to and including given instructions on how to change boilers from gat to oil and back as needed. I also made complaints about my exposure to hazardous materials (i.e. asbestos) without the benefit of training or protective covering. In the presence of maintenance techs, the Chief Engineer's reply was "Do you want to live forever?" He continued sending me into the same environment, as was his prior procedure. Part of my plumbing duties required that approximately 75% of my working day be spend behind walls and in ceilings that contained asbestos. They currently still follow the same practice.

On July 3, 2003, I approached Mr. Williams to ask him how an employee who had been warned several times and threatened with a write-up that very month could receive Employee of the Month award. At that time Mr. Williams stated to me that "he did not have to explain himself to me and for me to get my crying mother-fucking ass downstairs", at that time I stated "if that was the way he wanted to talk to me we could both punch out and discuss it off company property. Mr. Williams turned away asking me if I wanted him to "bring me some tissues".

Nothing else was said regarding the incident the rest of the day. On July 7, 2003, several co-workers informed me that Mr. Williams was going around saying that if I were not terminated by the end of the day that he was going to resign. At 4 p.m. that day, I was called

into the office and asked what happened, at which time I made the above statement. Miss Fooks then asked Mr. Williams if he had cursed at me, to which Mr. Williams replied, "I don't recall" at that time Ms. Fooks called three co-workers who had witnessed the incident and asked what they heard or seen, even though my co-workers corroborated my version of what happened, Ms. Fooks stated that she had to let me go. When I asked for the reason, I was told "insubordination". I believe I was fired not because of my conduct, but because Mr. Williams threatened to resign if I were not fired by the days end. Also, retaliation for past actions (i.e. reporting them to EEOC and winning my case, calling OSHA.

 I've worked in my position at this apartment complex for four (4) years. During that time, I've seen four (4) managers, three (3) assistant managers, three (3) Chief Engineers and nineteen (19) maintenance technicians come and go. I am a good employee. If they did not consider me so, I would not have been retained during such a large turnover rate. I believe I was terminated because Mr. Williams' personal dislike of me and the above stated reasons.

 Mr. Williams' acts at best are unethical and malicious. At worst, I believe them to be illegal.

 I seek all equitable relief possible under the statute including back pay, frontpay, damages and punitive damages.

 I request a trial by jury.

Respectfully submitted,

*William T. Davis*
William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, DC 20020
(202) 678-3988