IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS                          *

      Plaintiff                          *         Case No: 1:05CV01358

      v.                                 *         Judge: Colleen Kollar Kotelly

GABLES RESIDENTIAL/H.G. SMITHY *

      Defendants                          *

                                *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ANSWER TO COMPLAINT

      Gables Residential, Defendant, by ALLEN, KARPINSKI, BRYANT & KARP and Yvette M. Bryant, its attorneys, answers Plaintiff's Complaint as follows:

## RULE 12(b) DEFENSES

      1.      The Complaint fails to state a claim upon which relief can be granted.

      2.      This court lacks jurisdiction over so much of Plaintiff's complaint as pertains to federal questions.

## AFFIRMATIVE DEFENSES

      1.      Plaintiff assumed the risk of his injuries and cannot recover.

      2.      Plaintiff's negligence caused and/or contributed to the alleged occurrence; thus, he cannot recover.

      3.      Plaintiff failed to file this cause of action within the time period mandated by the applicable statutes of limitations;  thus, he cannot recover.

      4.      Plaintiff failed to meet conditions precedent to the filing of this suit; thus, he is not entitled to the relief that he seeks.

## GENERAL DENIAL

      Defendant denies the operative allegations of Plaintiff's Complaint and

generally denies liability.  Any allegations not expressly admitted are hereby denied.

## ANSWER BY PARAGRAPHS

Plaintiff has not numbered the allegations of his Complaint. Consequently, Defendant denies each and every factual allegation set forth in the Complaint. Additionally, Defendant expressly denies that Plaintiff is entitled to the relief that he seeks through the Complaint.

ALLEN, KARPINSKI, BRYANT & KARP

By:  _____/s/_____
YVETTE M. BRYANT
Bar No.:  420941
Suite 1540
100 E. Pratt Street
Baltimore, Maryland  21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July, 2005, a copy of the foregoing Answer to Complaint was electronically filed, with notice to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

_____/s/_____
Of Counsel for Defendant

2