IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|    Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | |
|    Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Gables Residential, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Gables Residential which have any outstanding securities in the hands o f the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                    ALLEN, KARPINSKI, BRYANT & KARP

                            By:       /s/                          
                                  YVETTE M. BRYANT
                                  Bar No.:  420941
                                  Suite 1540
                                  100 E. Pratt Street
                                  Baltimore, Maryland  21202
                                  (410) 727-5000
                                  (410) 727-0861 (facsimile)
                                  Attorney of Record for Gables Residential

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of August, 2005, a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests was electronically filed, and mailed, by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

_____/s/_____
Of Counsel for Defendant