UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

   Plaintiff,

    v.

GABLES RESIDENTIAL/H.G. SMITHY,

   Defendants.

Civil Action No. 05-1358 (CKK)

**ORDER**

    *Pro Se* Plaintiff William T. Davis filed a Complaint in the above-captioned action on July 7, 2005. Subsequent to Defendants' Answer to the Complaint on July 29, 2005, the Court entered an Initial Scheduling Order on August 3, 2005, and mailed a copy to Plaintiff. The Court's Initial Scheduling Order required that the parties meet and draft a Meet and Confer Statement, pursuant to LCvR 16.3(a). The Initial Scheduling Order also set a status conference in this case for Monday, September 12, 2005 at 9:30 a.m. in Courtroom 11. On August 25, 2005, after a discussion with Plaintiff, Defendants filed the required Meet and Confer Statement.

    On September 12, 2005, the Court held the scheduled status conference at 9:30 a.m. Counsel for Defendant appeared on time; however, Plaintiff failed to appear, and, after repeated failed attempts to contact Plaintiff telephonically, the Court left a message on Plaintiff's answering machine. The Court then proceeded with the status conference at approximately 9:50 a.m., during which it was informed by Defendant that (1) the parties held a telephonic discussion on August 10, 2005, during which Defendant explained to Plaintiff the meaning of Rule 16 and Plaintiff expressed a desire to obtain an attorney but indicated that he was having trouble finding

one; and (2) Defendant drafted and sent a letter to Plaintiff on August 11, 2005, summarizing the contents of their August 10, 2005 discussion and providing a copy of Rule 16 for Plaintiff's edification.

Given his discussions with Defendant and the Court's mailing of its Initial Scheduling Order, Plaintiff was certainly on notice of the September 12, 2005 status conference. Both Defendant and the Court expected Plaintiff to appear. While Plaintiff may well be having trouble locating an attorney, such difficulty does not excuse his absence at a scheduled hearing. Accordingly, it is, this 12th day of September, 2005, hereby

**ORDERED** that the next status conference in this case shall be set for Thursday, September 29, 2005, at 9:00 a.m. in Courtroom 11 on the Fourth Floor of the E. Barrett Prettyman Courthouse, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C., 20001; it is further

**ORDERED** that if Plaintiff or an attorney representing Plaintiff does not appear for this status conference, the Court shall dismiss without prejudice Plaintiff's case for want of prosecution. If Plaintiff or his representative cannot appear on this day or time, Plaintiff is to immediately contact the Court at 202-354-3189 in order to schedule a new date. Failure to appear or contact the Court in the case of a problem will result in the dismissal of Plaintiff's Complaint.

**SO ORDERED**.

                                                     /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge

<u>Copies to:</u>

Mr. William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

*Pro Se Plaintiff*


Ms. Yvette M. Bryant
ALLEN, KARPINSKI, BRYANT & KARP
100 E. Pratt St.
Suite 1540
Baltimore, MD  21202

*Attorney for Defendants*