IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: |
|     Defendants | * |   Motions to Amend Pleadings - March 3, 2006 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Please note that effective February 1, 2006, the **firm name** of counsel for Defendant Gables Residential has changed to:

**Bryant, Karpinski, Colaresi & Karp, P.A.**

The address for the firm has changed to:

**Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202-1605**

The telephone and facsimile numbers will remain the same.

                                            BRYANT, KARPINSKI, COLARESI & KARP

                      BY:       /s/
                                    YVETTE M. BRYANT
                                    #420941
                                    Suite 1850
                                    120 East Baltimore Street
                                    Baltimore, Maryland 21202-1605
                                    (410) 727-5000
                                    (410) 727-0861 (Facsimile)
                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  1st  day of February, 2006, a copy of the foregoing Line was electronically filed, with notice to:

William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, D.C.  20020

_____/s/_____
Of Counsel for Defendant