IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: 2/3/06 - Initial Disclosures |
| | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 26A DISCLOSURES

Gables Residential, Defendant, by Bryant, Karpinski, Colaresi & Karp and YVETTE M. BRYANT, its attorneys, discloses the following pursuant to Fed. R. Civ. Proc. 26a:

    1.    Individuals Likely to Have Discoverable Information:

        A.    Maurice Williams
                3426 25th Avenue
                Temple Hills, MD 20748
                (301) 630-0354

        B.    Deandra Fooks
                16503 Governor Bridge Road, #301
                Bowie, MD 20716
                301-894-2427

        C.    Jennifer Antos
                777 Yamato Road
                Boca Raton, Florida 3343`
                (561) 997-9700

        D.    Joni Kay Bastuba
                777 Yamato Road
                Boca Raton, Florida 3343`
                (561) 997-9700

    E.    Johnnie Krider
2300 Good Hope Road, S.E.
Apt. 602
Washington, DC 20020
301-960-3437

    F.    Tuwambae Hood
2300 Good Hope Road, S.E.
Apt. 314
Washington, DC 20020

    G.    Tyrone Moore
2300 Good Hope Road, S.E.
Apt. 1010
Washington, DC 20020
202-678-1304

    H.    Keith Gibbs
2300 Good Hope Road, S.E.
Apt. 614
Washington, DC 20020
202-610-4967

    I.    Benjamin Graves
2300 Good Hope Road, S.E.
Apt. 416
Washington, DC 20020
202-889-4877

    J.    Paul Scipio
179 Elmira Street, S.W.
Washington, DC 20032
202-574-2079

    K.    Leroy Maxwell
6007 Bradley Lane
Clinton, MD 20735

    L.    Loretta Gaegler
8280 Greensboro Road
McLean, Virginia 22102

          703-918-2500

2.    Documents in Defendants possession:

    A.    Plaintiff's Personnel File;

  B.  Investigative notes regarding incident at issue in case; and

  C.  Letter from Jennifer Antos to Plaintiff dated July 8, 2003

  D.  Letter from Plaintiff to Jennifer Antos dated August 21, 2003

     BRYANT, KARPINSKI, COLARESI & KARP


   By:  _____/s/_____
     YVETTE M. BRYANT
     Bar No.:  420941
     Suite 1850
     120 E. Baltimore Street
     Baltimore, Maryland  21202
     (410) 727-5000
     (410) 727-0861 (facsimile)
     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2006, a copy of the foregoing Rule 26A Disclosures was electronically filed, and a copy of the foregoing document was mailed by certified mail, return receipt requested, to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C. 20020

/s/<br>Of Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: 2/3/06 - Initial Disclosures |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2006, a copy of Defendant's Rule 25a Disclosure was electronically filed and mailed, by first class mail, postage prepaid, to:

William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, D.C.  20020

                BRYANT, KARPINSKI, COLARESI & KARP

By:     /S/
       YVETTE M. BRYANT
       Bar No.: 420941
       Suite 1850
       120 E. Baltimore Street
       Baltimore, Maryland 21202
       (410) 727-5000
       (410) 727-0861
       Attorneys for Defendant