IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: |
| | * | 3/3/06 - Motions to Amend/Join Additional Parties |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCOVERY PLAN

Gables Residential, Defendant, by Bryant, Karpinski, Colaresi & Karp and YVETTE M. BRYANT, its attorneys, submits the following discovery plan pursuant to this Court's Order dated January 6, 2006. The parties discussed this matter on January 9, 2006 and agreed to the following:

| Event | Deadline |
|---|---|
| Written discovery served | On or before March 15, 2006 |
| Fact Witness Depositions Completed | On or before April 28, 2006 |
| Requests for Admission of Facts | On or before May 25, 2006 |
| Depositions of Plaintiff's Experts | On or before June 13, 2006 |
| Depositions of Defendant's Experts | On or before June 30, 2006 |

BRYANT, KARPINSKI, COLARESI & KARP

By: _____/s/_____
YVETTE M. BRYANT
Bar No.: 420941
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland  21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2006, a copy of the foregoing Discovery Plan was electronically filed, and a copy of the foregoing document was mailed by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

_____/s/_____
Of Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|    Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: 2/3/06 - Initial Disclosures |
| | * | |
|    Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2006, a copy of the Discovery Plan was electronically filed and mailed, by first class mail, postage prepaid, to:

William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, D.C. 20020

BRYANT, KARPINSKI, COLARESI & KARP

By: _____/S/_____
YVETTE M. BRYANT
Bar No.: 420941
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861
Attorneys for Defendant