# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

    Plaintiff,

v.                                    Civil Action No. 05cv1358 C.K.K.

GABLES RESIDENTIAL/H.G. SMITH

## PLAINTIFF'S MOTION FOR POSTPONEMENT FOR MEDICAL REASON (i.e. disc and nerve injury in lower back)

Plaintiff seeks postponement of the case for Civil Action No. 05cv1358 for the following reasons: 1) Plaintiff is proceeding with his case Pro Se, and 2) Physical injuries render the Plaintiff unable to effectively present his case at this time.

*William T. Davis* (signature)
William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, DC  20020
(202) 678-3988

**RECEIVED**

MAY − 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, William T. Davis, have mailed or will mail a copy of this Motion to Bryant, Karpinski, Colaresi & Karp, 120 East Baltimore Street, Suite 1850, Baltimore, MD  21202 on March 27, 2006.

*William T. Davis*
William T. Davis
2300 Good Hope Rd., S.E.
Apt. 612
Washington, DC  20020
(202) 678-3988