IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: 5/26/06 - Proponent's 26(a)(2)(B) Statement |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ANSWER TO PLAINTIFF'S MOTION FOR
POSTPONEMENT FOR MEDICAL REASON
(i.e. disc and nerve injury in lower back)**

Gables Residential, Defendant, by Bryant, Karpinski, Colaresi & Karp and YVETTE M. BRYANT, its attorneys, answers Plaintiff's Motion as follows:

1.  Although Plaintiff's Certificate of Service indicates a mailing date of March 27, 2006, Defendant received Plaintiff's Motion via Priority Mail on May 5, 2006. See copy of envelope, attached as Exhibit A.

2.  Defendant objects to further continuances of this matter.

3.  The case has been pending since July 7, 2005.

4.  This Court extended grace to Plaintiff when he failed to appear for the initial scheduling conference on September 12, 2005. See Court's Order dated September 12, 2005.

5.  The Court again extended grace to Plaintiff based on his representation that he planned to retain counsel and that he intended to have counsel enter an appearance on or before January 6, 2006. See Court's Order dated September 29, 2005. Plaintiff did not retain counsel prior to the January 6, 2006 scheduling conference date.

6. When the parties appeared before the Court on January 6, 2006, Plaintiff indicated that he would name additional parties. He failed to do so prior to the March 3, 2006 deadline.

7. Defendant propounded Interrogatories and a Request for Production of Documents to Plaintiff on March 2, 2006. It has received no discovery responses. Neither has it received from Plaintiff Rule 26(a)(1) disclosures.

8. In sum, ten months have passed since Plaintiff filed this claim; Defendant has no more information regarding Plaintiff's claim than it had when the claim was initially filed.

9. While Defendant does not wish to appear unsympathetic, it does wish to have an end to this pending litigation. Thus, Defendant requests that this Court deny Plaintiff's motion. Defendant notes that in filing his Motion, Plaintiff failed to comply with Paragraph 2 of the Court's January 6, 2006 Order in that he failed to address the protocol established for the Court's consideration of such requests.

10. Additionally, Plaintiff failed to submit to this Court documentation to support that his back pain prohibits him from proceeding in this matter.

11. In sum, Plaintiff failed to submit to this Court compelling reasons for modifying the current Scheduling and Procedures Order.

Based on the foregoing, Defendant respectfully requests this Court to deny Plaintiff's Motion.

BRYANT, KARPINSKI, COLARESI & KARP

By:       /s/
YVETTE M. BRYANT
Bar No.: 420941
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of May, 2006, a copy of the foregoing Answer to Motion to Extend was electronically filed, and a copy of the foregoing document was mailed by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C. 20020

/s/
Of Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: |
|     Defendants | * | 5/26/06 - Proponent's 26(a)(2)(B) Statement |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2006, a copy of the Discovery Plan was electronically filed and mailed, by first class mail, postage prepaid, to:

William T. Davis
2300 Good Hope Road, S.E.
Apt. 612
Washington, D.C.  20020

BRYANT, KARPINSKI, COLARESI & KARP

By:    /S/
YVETTE M. BRYANT
Bar No.:  420941
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland  21202
(410) 727-5000
(410) 727-0861
Attorneys for Defendant