**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

FLAT RATE POSTAGE REGARDLESS OF WEIGHT
DOMESTIC USE ONLY

**FOR PICKUP CALL 1-800-2...**

OW TO USE:

1. **COMPLETE ADDRESS LABEL AREA**
   Type or print required return address and addressee information in customer block (white area) or on label (if provided).

2. **PAYMENT METHOD**
   Affix postage or meter strip to area indicated in upper right hand corner.

3. **ATTACH LABEL** (If provided)
   Remove label backing and adhere over customer address block area (white area).

United States Postal Service®
**SIGNATURE CONFIRMATION**™

2305 0270 0000 3594 0596

**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE®

From: William T Davis
3300 Good Hope Rd S.E.
Wash. D.C. 20020

TO: Bryant, Karpinski Colwest + Karp
120 E. Baltimore St.
Suite 1650
Baltimore, MD 21202-1605

Label 226, August 2000

▲ PLACE LABEL HERE ▲

The efficient FLAT RATE ENVELOPE.
You don't have to weigh the envelope...Just pack all your correspondence and documents inside...

U.S. PAID
WASHINGTON, DC 20030
MAY 04 '06
AMOUNT
$5.95
00053309-21

UNITED STATES POSTAL SERVICE
0000  21202

www.usps.com

**EXHIBIT**
A

© EP14F FEBRUARY 2002 USPS  ALL RIGHTS RESERVED