UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GABLES RESIDENTIAL/H.G. SMITHY,<br><br>    Defendants. | Civil Action No. 05-1358 (CKK) |

**ORDER**

*Pro Se* Plaintiff William T. Davis filed a Complaint in the above-captioned action on July 7, 2005. Following Plaintiff's failure to appear at the scheduled September 12, 2005 status conference, the Court held a status conference on January 6, 2006 with both Plaintiff and Defendant present. Plaintiff did not retain counsel prior to the January 6, 2006 hearing, nor does he appear to have obtained counsel in the time period following this status conference.

At the January 6, 2006 status conference, the Court set out a Scheduling and Procedures Order, which it amended on January 13, 2006. According to Defendant, Plaintiff (1) has not named additional parties to this litigation, as he represented that he would at the January 6, 2006 hearing, despite the fact that the deadline for doing so has now passed; (2) has failed to provide the requisite Rule 26(a)(1) disclosures to Defendant; and (3) has founded to provide any response to Defendant's Interrogatories and Request for Production of Documents provided to Plaintiff on March 2, 2006. *See* Def.'s Resp. at 2. Plaintiff seeks relief from these and other failures in a motion entitled "Plaintiff's Motion for Postponement for Medical Reason (i.e., disc and nerve injury in lower back)," which was received by this Court on May 4, 2006. As set forth with no further detail in Plaintiff's motion, Plaintiff "seeks postponement of the case for Civil Action No. 05cv1358 for the

following reasons: 1) Plaintiff is proceeding with his case Pro Se, and 2) Physical injuries render the Plaintiff unable to effectively present his case at this time." Pl.'s Mot. for Postponement at 1. Plaintiff provides no further information in his motion. *See id*.

Given the Court's need for a more fully formed record so that it may rule on Plaintiff's motion, it is hereby, this 12th day of May, 2006,

**ORDERED** that Plaintiff, by Monday, May 29, 2006, is to provide the Court with medical support for his claimed injury and incapacity identified in [13] Plaintiff's Motion for Postponement, and some indication as to when Plaintiff believes that he may be able to resume litigating this case, which has now sat in limbo for nearly one year.

**SO ORDERED**.

                                                  /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge

Copies to:

Mr. William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

*Pro Se Plaintiff*


Ms. Yvette M. Bryant
ALLEN, KARPINSKI, BRYANT & KARP
100 E. Pratt St.
Suite 1540
Baltimore, MD  21202

*Attorney for Defendants*