United States District Court
for District of Columbia

William T. Davis
  Plaintiff,
      v.                                    Civil Action No.
Gables Residential / H.G. Smithy            05-1358 (C.K.K.)

Plaintiff's Response as per order by Court:

Please find attached documents to support Medical request for postponement.

William T. Davis

5-25-06

RECEIVED
MAY 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

I, William Davis, authorize District Court to Receive copies of all my records, reports, x-rays, laboratory results and/or reports with information as to my treatment to Workmen's Clinic.

5-25-06
Date

_William Davis_
Signature

William DAVIS
Print Name

Any additional information needed by The Court may be obtained from:

DR Eric G. Dawson M.D.
Orthopedic & General Medicine
6196 Oxen Hill Rd. suite 310
Oxen Hill MD. 20745
(301) 567-2850

P.S. Permission given to release information to Court.

# Georgetown University Hospital
Department of Radiology
3800 Reservoir Road NW, Washington, DC 20007 TEL (202)444-3490

| | | | |
|---|---|---|---|
| Patient Name: | DAVIS, WILLIAM | Invision Order No: | 00001 |
| DOB: | 04/09/1951 | Pt. Class: | O |
| Admission No: | 7705805807 | Order No: | 90006 |
| Med. Rec. No: | 2023107 | Order Acc No: | 6422568 |
| Ordering Dr: | MORRISSEY, WILLIAM | Pt NS/Room: | - |
| Attending Dr: | JOHN, RICHARD | | |
| Date of Exam: | Mar 13 2006 7:34AM | Transcribed By: | PSC/Mar 13 2006 11:25A |

***Final Report***

PROCEDURE: MRI 8446 - MRI SPINE, LUMBAR W/O CONTRAST

CLINICAL HISTORY:
54 years old with low back pain

FINDINGS:
MRI of the lumbar spine performed March 13, 2006. The examination was done without intravenous contrast administration. There are no priors studies for comparison.

The lumbar spine shows normal alignment of the vertebral bodies. There is no compression fracture or listhesis. There is desiccation of the L3-4 and L4-L5 discs.

The conus appears normal and tapers at T12-L1 level.

Segmental analysis:

L2-3 level appears normal.
At L3-4 level there is broad based disc bulge associated with left paracentral disc protrusion compromising the left L4 nerve root.
At L4-L5 level there is a broad-based disc bulge with possible compromise of L5 nerve roots.
L5-S1 level appears unremarkable.
There is mild hypertrophy of the facet joints at all levels.

IMPRESSION: Broad-based disc bulge with associated left paracentral protrusion at L3-L4 level compromising the left L4 nerve root.

Broad-based disc bulge at L4-L5 level with possible compromise of the L5 nerve roots

ICD-9: ( 722.10 )

Dictated By: ERINI MAKARIOU M.D.
This imaging study was reviewed and its interpretation verified by: ERINI MAKARIOU M.D. at Mar 13 2006 11:25A

Distribution:
Ordering Dr: MORRISSEY, WILLIAM
Attending Dr: JOHN, RICHARD

## DISABILITY CERTIFICATE

**ERIC G. DAWSON, M.D.**
Orthopedic & General Medicine

6196 Oxon Hill Rd., Suite 310
Oxon Hill, Maryland 20745
(301) 567-2850 - FAX: 567-9600

321 S. Patrick St., 2nd Floor
Alexandria, Virginia 22314
(703) 549-2992 - FAX: 836-4711

Date: 05-25-06

This is to certify that Davis, William

has been under my professional care and was:

☐ Totally Incapacitated     ☒ Partially Incapacitated

from 2-24-06 to 8-24-06

Remarks: Pt has documented lumbar nerve impingement. Not to stand >5min, walk >10min, lift >10lb. Pt is restricted in his motor activity + documented as such.

Dr.: [signature]

5-25-06

# Certificate of Service

I, William T. Davis, will mail copy of this response to:

Allen, Karpinski & Karp
100 E. Pratt St.
Suite 1540
Baltimore MD. 21202

ON 5-26-06

*William T. Davis*