UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

   Plaintiff,

     v.

GABLES RESIDENTIAL/H.G. SMITHY,

   Defendants.

Civil Action No. 05-1358 (CKK)

**ORDER**

*Pro Se* Plaintiff William T. Davis filed a Complaint in the above-captioned action on July 7, 2005. Following Plaintiff's failure to appear at the scheduled September 12, 2005 status conference, the Court held a status conference on January 6, 2006 with both Plaintiff and Defendant present. Plaintiff did not retain counsel prior to the January 6, 2006 hearing, nor does he appear to have obtained counsel in the time period following this status conference.

At the January 6, 2006 status conference, the Court set out a Scheduling and Procedures Order, which it amended on January 13, 2006. According to Defendant, Plaintiff (1) has not named additional parties to this litigation, as he represented that he would at the January 6, 2006 hearing, despite the fact that the deadline for doing so has now passed; (2) has failed to provide the requisite Rule 26(a)(1) disclosures to Defendant; and (3) has failed to provide any response to Defendant's Interrogatories and Request for Production of Documents provided to Plaintiff on March 2, 2006. *See* Def.'s Resp. at 2.

However, Plaintiff seeks relief from these and other failures in a motion entitled "Plaintiff's Motion for Postponement for Medical Reason (i.e., disc and nerve injury in lower back)," which was received by this Court on May 4, 2006. As set forth with no further detail in Plaintiff's original

motion, Plaintiff "seeks postponement of the case for Civil Action No. 05cv1358 for the following reasons: 1) Plaintiff is proceeding with his case Pro Se, and 2) Physical injuries render the Plaintiff unable to effectively present his case at this time." Pl.'s Mot. for Postponement at 1. Plaintiff provides no further information in his motion. *See id.* Given the dearth of information provided by Plaintiff, coupled with the Court's need for a more fully formed record, the Court on May 12, 2006 entered an Order directing

> that Plaintiff, by Monday, May 29, 2006, is to provide the Court with medical support for his claimed injury and incapacity identified in [13] Plaintiff's Motion for Postponement, and some indication as to when Plaintiff believes that he may be able to resume litigating this case, which has now sat in limbo for nearly one year.

*See Davis v. Gables Residential/H.G. Smithy*, Civ. Action No. 05-1358(CKK) (D.D.C. May 12, 2006) (order requiring further information).

Plaintiff responded to the Court's Order as directed on May 25, 2006 by providing a medical report created by Dr. Erini Makariou, a Washington D.C.-based radiologist, and a "Disability Certificate" crafted by Dr. Eric G. Dawson, a Maryland-based doctor. *See* Pl.'s Resp. to Court's Order at 3-4. Each report indicates that Plaintiff is currently "partially incapacitated." *Id.* According to Dr. Dawson, Plaintiff "has [a] disconnected lumbar nerve impingement" that "restrict[s] . . . his motion" such that he is not to stand for more than 5 minutes and is not to walk for more than 10 minutes. *Id.* at 4. Dr. Makariou also supports this conclusion, finding that Plaintiff has a "[b]road-based disc bulge with associated left paracentral protrusion at L3-L4 level comprising the L4 nerve root." *Id.* at 3.

Given that Plaintiff has provided sufficient evidence to establish his claimed injuries, which will apparently render him "unable to effectively present his case at this time," Pl.'s Mot. for Postponement at 1, the Court – pursuant to its discretion and upon considering the interests of justice

– shall grant [13] Plaintiff's Motion for Postponement for Medical Reason at this time. Accordingly, it is hereby, this 11th day of June, 2006,

**ORDERED** that [13] Plaintiff's Motion for Postponement for Medical Reason is GRANTED; it is further

**ORDERED** that the above-captioned actions is temporarily STAYED until September 8, 2006; it is further

**ORDERED** that Plaintiff is to provide a Status Report to this Court and Defendant by Friday, September 1, 2006 that (1) provides an update regarding his medical condition; (2) identifies when he will be able to resume the prosecution of this action; and/or (3) provides more evidence indicating why his specific disability means that he cannot prosecute this case at that time; it is further

**ORDERED** that the status conference previously set for Friday, September 8, 2006 at 9:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex shall remain as scheduled.

**SO ORDERED**.

                                                 /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

Copies to:

Mr. William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C. 20020

*Pro Se Plaintiff*


Ms. Yvette M. Bryant
ALLEN, KARPINSKI, BRYANT & KARP
100 E. Pratt St.
Suite 1540
Baltimore, MD 21202

*Attorney for Defendants*