IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS                          *

     Plaintiff                          *        Case No: 1:05CV01358

v.                                        *        Judge: Colleen Kollar Kotelly

GABLES RESIDENTIAL/H.G. SMITHY *           Next Scheduling Event:
                                                   Status Conference, 9/8/06

     Defendants
                                          *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE TO SUBSTITUTE COUNSEL
AND NOTICE OF FIRM NAME CHANGE**

**MR./MS. CLERK:**

Please strike the appearance of YVETTE M. BRYANT and enter the appearance of KEVIN KARPINSKI as counsel for Defendant Gables Residential Services.

In addition, please note that effective July 5, 2006, the **firm name** of counsel for Defendant has changed to:

**Karpinski, Colaresi & Karp, P.A.**

The address, telephone and facsimile numbers will remain the same.

KARPINSKI, COLARESI & KARP

By:        /s/
YVETTE M. BRYANT, Bar No.: 420941

        /s/
KEVIN KARPINSKI, Bar No.: 448497
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2006, a copy of the foregoing

Notice to Substitute Counsel and Notice of Firm Name Change was electronically

filed, and a copy of the foregoing document was mailed by first class mail, postage

prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

/s/
Of Counsel for Defendant