IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: Status Conference, 9/8/06 |
|     Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE TO SUBSTITUTE COUNSEL

**MR./MS. CLERK:**

Please strike the appearance of YVETTE M. BRYANT and enter the appearance of DANIEL KARP as counsel for Defendant Gables Residential Services.

                       KARPINSKI, COLARESI & KARP

By:       /s/
     YVETTE M. BRYANT, Bar No.: 420941

        /s/
DANIEL KARP, Bar No: 424246
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July, 2006, a copy of the foregoing Notice to Substitute Counsel was electronically filed, and a copy of the foregoing document was mailed by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

_____/s/_____
Of Counsel for Defendant