IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: Status Conference, 9/8/06 |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FIRM NAME CHANGE

**MR./MS. CLERK:**

Please note that effective July 5, 2006, the **firm name** of counsel for Defendant Gables Residential Services has changed to:

**Karpinski, Colaresi & Karp, P.A.**

The address, telephone and facsimile numbers will remain the same.

KARPINSKI, COLARESI & KARP

By: _____/s/_____
DANIEL KARP, Bar No: 424246
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland  21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2006, a copy of the foregoing Notice of Firm Name Change was electronically filed, and a copy of the foregoing document was mailed by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C. 20020

/s/
Of Counsel for Defendant