UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. DAVIS,<br><br>  Plaintiff,<br><br>    v.<br><br>GABLES RESIDENTIAL/H.G. SMITHY,<br><br>  Defendants. | Civil Action No. 05-1358 (CKK) |

**ORDER**

As directed by this Court's May 12, 2006 Order, Plaintiff – on May 25, 2006 – provided evidence to the Court that he "has [a] disconnected lumbar nerve impingement" that "restrict[s] . . . his motion" such that he is not to stand for more than 5 minutes and is not to walk for more than 10 minutes. *See* Pl.'s Resp. to Court's Order at 4; *see also id.* at 3 (another doctor supports the fact that Plaintiff has a "[b]road-based disc bulge with associated left paracentral protrusion at L3-L4 level comprising the L4 nerve root"). Because Plaintiff provided sufficient evidence to establish his claimed injuries, which will apparently render him "unable to effectively present his case at this time," Pl.'s Mot. for Postponement at 1, the Court entered an Order on June 11, 2006 that contained 4 central directives:

    1.    The Court granted [13] Plaintiff's Motion for Postponement for Medical Reason.

    2.    The Court temporarily stayed this case until September 8, 2006.

    3.    The Court ordered that Plaintiff was to provide a Status Report to this Court and Defendant by Friday, September 1, 2006 that (1) provided an update regarding his medical condition; (2) identified when he will be able to resume the prosecution of this action; and/or (3) provided more evidence indicating why his specific disability means that he cannot prosecute this case at that time.

    4.      The Court emphasized that the status conference previously set for Friday, September 8, 2006 at 9:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex shall remain as scheduled.

*See* 6/11/06 Court Order re: Pl.'s Mot. for Postponement at 3.  The Court mailed this Order to Defendant the same day it was posted – June 11, 2006.  *See id.* at 4.

Despite the clear instructions contained within the Court's June 11, 2006 Order, Plaintiff (1) failed to submit a Status Report to the Court providing the requested, updated information, and (2) failed to appear at the scheduled September 8, 2006 Status Conference.  The Court is now left with a situation where Plaintiff's case has failed to progress for over one year, as Plaintiff has failed to provide the most basic discovery-related material and has failed to comply with this Court's directives.  Accordingly, it is, this 8th day of September, 2006 hereby

**ORDERED** that Plaintiff, by Monday, September 25, 2006, is to provide a Report to the Court that "shows cause" why this case should not be dismissed for want of prosecution by Plaintiff, and explains why Plaintiff failed to comply with this Court's June 11, 2006 directives; it is further

**ORDERED** that, should Plaintiff fail to comply with these obligations and fail to establish cause, the Court shall dismiss this case without prejudice for want of prosecution.

                                                           */s/*
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge

<u>Copies to:</u>

Mr. William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C.  20020

*Pro Se Plaintiff*


Daniel Karp
KARPINSKI, COLARESI & KARP, P.A.
120 E. Baltimore St.
Suite 1850
Baltimore, MD 21202
(410) 727-5000
Fax: (410) 727-0861
Email: bkcklaw@aol.com

*Attorney for Defendant*