UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

    Plaintiff,

    v.

GABLES RESIDENTIAL/H.G. SMITHY,

    Defendants.

Civil Action No. 05-1358 (CKK)

**ORDER**

The Court entered an Order on June 11, 2006 that contained 4 central directives:

1.    The Court granted [13] Plaintiff's Motion for Postponement for Medical Reason.

2.    The Court temporarily stayed this case until September 8, 2006.

3.    The Court ordered that Plaintiff was to provide a Status Report to this Court and Defendant by Friday, September 1, 2006 that (1) provided an update regarding his medical condition; (2) identified when he will be able to resume the prosecution of this action; and/or (3) provided more evidence indicating why his specific disability means that he cannot prosecute this case at that time.

4.    The Court emphasized that the status conference previously set for Friday, September 8, 2006 at 9:00 a.m. in Courtroom 28A on the Sixth Floor of the Courthouse Annex shall remain as scheduled.

*See* 6/11/06 Court Order re: Pl.'s Mot. for Postponement at 3. Following this Order, defense counsel in this case filed a Notice of Substitution of Counsel on July 10, 2006. This filing, along with an accompanying Notice re: Change of Firm Name, informed the Court that counsel for Defendant had switched from Ms. Yvette M. Bryant, Esq., to Mr. Daniel Karp, Esq., who are members of the same firm.

On Friday, September 8, 2006, the Court attempted to hold the long-scheduled status conference in this case.  However, despite the Court's clear instructions, no representative appeared on behalf of Defendant.  That is, neither Mr. Karp nor Ms. Bryant made an appearance.  Between 9:00 a.m., the scheduled time for the status conference, and 9:20 a.m., the Court repeatedly made attempts to contact Mr. Karp.  While the Court was able to speak to representatives from his firm, no representative could provide any information as to why Mr. Karp had not made an appearance or where he was at the moment.  Given that Mr. Karp is now the attorney of record for Defendant, it is, this 8th day of September, 2006, here

**ORDERED** that, by Wednesday, September 13, 2006, Mr. Karp – or whoever is the relevant current counsel for Defendant – is to provide a written explanation why sanctions are not appropriate given the failure of counsel to appear at the scheduled September 8, 2006 Status Conference.

_/s/_ _____
COLLEEN KOLLAR-KOTELLY
United States District Judge