**KARPINSKI, COLARESI & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1605

DANIEL KARP *
KEVIN KARPINSKI *
RICHARD T. COLARESI
VICTORIA M. SHEARER *
MATTHEW D. PETER
THOMAS S. BOUCHELLE †

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL bkcklaw@aol.com

* ADMITTED IN MD AND D.C.
† ADMITTED IN MD AND DE

September 11, 2006

VIA ELECTRONIC FILING

The Honorable Colleen Kollar-Kotelly
United States District Court Judge
United States District Court for the
 District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

        RE:    325-190
                      *William T. Davis v. Gables Residential/H.G. Smith*
                      Civil Action No: 05-1358 (CKK)

Dear Judge Kollar-Kotelly:

      Please allow this to serve as my written response, as provided by the Court's Order of September 8, 2006 (paper 22) as to why I failed to appear at the status conference scheduled for September 8, 2006.

      I assumed responsibility for this case when Yvette M. Bryant, my partner, was appointed to the Circuit Court for Baltimore City. My appearance was entered on or about July 10, 2006.

      Upon receipt of the file, I reviewed it and read, or thought I read, the Court's June 11, 2006 Order. Unfortunately, I overlooked the final paragraph, which provided that the September 8, 2006 status conference remains as scheduled. I thought, obviously incorrectly, that the matter was stayed, pending an updated status report by Plaintiff, due on September 1, 2006, and further order of the Court. While it is clearly not a valid excuse, I simply overlooked the additional requirement that the September 8 conference go forward as previously scheduled. Instead of being in your Court, I was in the Circuit Court for Prince George's County for a pre-trial conference and motions hearing in the case of <u>Estate of Calvin Braxton v. The Town of Fairmount Heights</u>, Civil Case No: CAL-05-24015.

KARPINSKI, COLARESI & KARP, P.A.
ATTORNEYS AT LAW

The Honorable Colleen Kollar-Kotelly
Page 2
September 11, 2006

      I apologize to the Court and to Mr. Davis for my oversight.

                Respectfully yours,

                KARPINSKI, COLARESI & KARP

                BY: Daniel Karp

DK/bkh

cc:    Mr. William T. Davis