UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

　Plaintiff,

　v.

GABLES RESIDENTIAL/H.G. SMITHY,

　Defendants.

Civil Action No. 05-1358 (CKK)

Per the June 11, 2006 Court Order, for update of medical condition, please see the attached medical report.

*William T. Davis*

Copy sent to Defendants: August 31, 2006

Allen, Karpinski, Karp
100 E. Pratt St.
Suite 1540
Baltimore, MD 21202

**RECEIVED**

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ERIC G. DAWSON, M.D.
### Orthopedic & General Medicine

| | |
|---|---|
| 6196 Oxon Hill Road<br>Suite 310<br>Oxon Hill, Maryland 20745<br>(301) 567-2850<br>(301) 567-9600 (Fax) | 321 South Patrick Street<br>2nd Floor<br>Alexandria, Virginia 22314<br>(703) 549-2992<br>Fax: (703) 836-4711 |

August 22, 2006

RE: DAVIS, WILLIAM T.

To Whom It May Concern:

Please be aware that I am the treating physician of note for Mr. Davis. The patient has orthopaedic injuries to the spine and the nerves extending down the spine to his legs, which preclude him standing greater than five minutes and walking greater than ten minutes at this particular juncture, August 22, 2006. This would like continue for a minimal of three to four months, at least to the end of the year. Standing, stooping, bending, pushing, and pulling clearly are not permitted by such a condition. This would preclude him doing prolonged research or going through the book volumes, writing for long periods of time where he is seated at the desk with the lumbar spine in a flexed and/or extended position. This may significantly impend his ability to carry out research as an example. This letter is to certify that such is the case. With the patient's consent we are more than glad to elucidate or elaborate such. I thank the reader for the time and attention.

Sincerely yours,

Eric G. Dawson, M.D.

EGD/slj