UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GABLES RESIDENTIAL/H.G. SMITHY,<br><br>    Defendants. | Civil Action No. 05-1358 (CKK) |

**ORDER**

On September 8, 2006, the Court entered a Show Cause Order requiring Plaintiff to provide a Report to the Court showing cause why this case should not be dismissed for want of prosecution by Plaintiff, and explaining why Plaintiff failed to comply with this Court's June 11, 2006 directives, which required Plaintiff to provide a Status Report by Friday, September 1, 2006. The Court notes that Plaintiff filed his Status Report, as ordered, on August 31, 2006; however, the Court did not receive Plaintiff's Status Report until September 11, 2006 due to a docketing delay. The Court shall therefore discharge the Show Cause Order previously entered against Plaintiff.

The Court further notes that the August 22, 2006 letter from Eric G. Dawson, M.D., which Plaintiff filed as his August 31, 2006 Status Report, indicates that Plaintiff is unable to pursue the prosecution of this action at the current time, but leaves open-ended when Plaintiff will be able to resume the prosecution of this action. The Court shall therefore require Plaintiff to file a notice with the Court every sixty (60) days stating either that he is well enough to prosecute this action or to file a doctor's certificate stating why he is unable to prosecute this

action and when he will be able to resume the prosecution of this action. The first such notice is to be filed by October 27, 2006. The Court is willing to handle this action in this manner for a limited period of time, but notes that at some point Plaintiff will have to decide whether or not to pursue this action.

Therefore, it is, this 26th day of September, 2006, hereby

ORDERED that the Show Cause Order previously entered against Plaintiff is discharged; it is also

ORDERED that Plaintiff shall file a notice to the Court every 60 days, with the first such notice to be filed by October 27, 2006, stating either that he is well enough to prosecute this action or to file a doctor's certificate stating why he is unable to prosecute this action and when he will be able to resume the prosecution of this action.

SO ORDERED.

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge