# United States District Court
# For The District Of Columbia

William T. Davis

Plaintiff,

v.

Gables Residential/H. G. Smithy,

Defendants.

Civil Action No. 05-1358 (CKK)

*Plainiff's response to order.*

As per court order dated September, 26, 2006, please see attached medical reports.

*William T. Davis*
William T, Davis

*Certf. of Srvc.*
Copy sent to defendants: Octo0ber 26, 2006

Allen, Karpinski, and Karp

100 E. Pratt Street
Suite 1540
Baltimore, MD 21202

**RECEIVED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# ERIC G. DAWSON, M.D.
### Orthopedic & General Medicine

| | |
|---|---|
| 6196 Oxon Hill Road<br>Suite 310<br>Oxon Hill, Maryland 20745<br>(301) 567-2850<br>(301) 567-9600 (Fax) | 321 South Patrick Street<br>2nd Floor<br>Alexandria, Virginia 22314<br>(703) 549-2992<br>Fax: (703) 836-4711 |

October 19, 2006

To Whom It May Concern:

Please be aware that I am the treating physician of note for Mr. William Davis. Mr. Davis is treated by myself for continuing problems related to lumbar disc and nerve impingement. This significantly impedes his ability to stand, stoop, twist, bend, pull, push, or lift. He is restricted to five minutes of standing and 10 minutes of walking. I believe that his is likely and reasonably according to the community standard of care. This will certainly slow the patient's ability to work even in a clerical capacity and/or lifting material in a library. This is certified to be the case and he has the documented studies to back this up. With his consent, I would be more than glad to answer any comments, questions, or concerns such as you may have.

Sincerely,

Eric G. Dawson, M.D.

EGD/slj