IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
|     Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event:<br>Mediation Conference: 1/16/07 |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE JANUARY 16, 2007 MEDIATION CONFERENCE

Gables Residential, Defendant, by KARPINSKI, COLARESI & KARP and DANIEL KARP, its attorneys, moves, by consent, for a continuance of the January 16, 2007 settlement conference in this case, as follows:

1. This case has been pending since July 7, 2005. Defendant propounded discovery requests to the Plaintiff on March 2, 2006. Plaintiff sought and obtained various continuances and extensions of time from the Court based on health issues.

2. The Court held a scheduling conference on November 21, 2006, and entered a revised scheduling order at that time. Pursuant to that Order, Plaintiff's responses to Defendant's discovery requests are now due by January 9, 2007. Plaintiff is required to make his expert disclosures by May 11, 2007. The scheduling order also directed, or authorized, mediation between November 21, 2006 and July 27, 2007.

3. On or about December 5, 2006, the Court scheduled a mediation session in this case before Judge Alan Kay for January 16, 2007. Counsel for Defendant promptly communicated with the pro se Plaintiff on this topic. Defense counsel advised that while there was no assurance that a settlement offer would ever be made, it was certain that nothing would be accomplished on January 16, 2007, in

view of the fact that Plaintiff's responses to Defendant's written discovery requests would have only have been served a week before that date; Plaintiff's expert disclosures would not have been made; and the rest of discovery (including the deposition of Plaintiff and his witnesses) would not have been accomplished by then. Counsel for Defendant suggested that mediation be rescheduled for some time after discovery is completed, presumably during the month of July, 2007.

4. Plaintiff agreed to defense counsel's suggestion. He also indicated that he was in the process of obtaining an attorney to represent him in this case.

WHEREFORE, Defendant moves, with the consent of the Plaintiff, for a continuation of the January 16, 2007 mediation conference in this case, until after the completion of discovery.

KARPINSKI, COLARESI & KARP

By: _____/s/_____
DANIEL KARP, Bar No: 424246
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2006, a copy of the foregoing Consent Motion to Continue January 16, 2007 Mediation Conference was electronically filed, and a copy of the foregoing document was mailed by first class mail, postage prepaid to:

William T. Davis
2300 Good Hope Road, S.E.
Apartment 612
Washington, D.C. 20020

                                                /s/
                                    Of Counsel for Defendant