IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | Case No: 1:05CV01358 |
| v. | * | Judge: Colleen Kollar Kotelly |
| GABLES RESIDENTIAL/H.G. SMITHY | * | Next Scheduling Event: Discovery Deadline: 7/20/07 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2007, a copy of Defendant Gables Residential's Answers to Plaintiff's Interrogatories and Response to Plaintiff's Request for Production of Documents was mailed, by first class mail, postage prepaid to:

Mr. William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401

KARPINSKI, COLARESI & KARP

By: _____
DANIEL KARP, Bar No: 424246
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland 21202
(410) 727-5000
(410) 727-0861 (facsimile)
Attorneys for Defendant