UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM T. DAVIS,

　　Plaintiff,

　　v.

GABLES RESIDENTIAL/H.G. SMITHY,

　　Defendants.

Civil Action No. 05-1358 (CKK)

**FILED**
JUL 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(July 5, 2007)

The Status Conference previously scheduled in this matter for 9:30 a.m. on Friday, July 27, 2007 has been vacated due to a change in the Court's calendar. The Status Conference will instead be held at 9:15 a.m. on Tuesday, August 7, 2007 in Courtroom 28A of the Sixth Floor of the Courthouse Annex. Accordingly, it is this 5th day of July, 2007

**SO ORDERED.**

　　　　　　　　　　　　　　　　／s/ Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　United States District Judge

Copy to:

William T. Davis
Apartment 612
2300 Good Hope Road, SE
Washington, DC 20020