**KARPINSKI, COLARESI & KARP, P. A.**
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
**BALTIMORE, MARYLAND 21202-1605**

DANIEL KARP *
KEVIN KARPINSKI *
RICHARD T. COLARESI
VICTORIA M. SHEARER *
THOMAS S. BOUCHELLE †
SANDRA D. LEE **
JEFFREY A. BARMACH *

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL bkcklaw@aol.com

* ADMITTED IN MD AND D.C.
† ADMITTED IN MD AND DE
** ADMITTED IN MD AND N.Y.

July 9, 2007

<u>VIA ELECTRONIC FILING</u>

The Honorable Colleen Kollar-Kotelly
United States District Court Judge
United States District Court for the
 District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

       RE: 325-190
          <u>William T. Davis v. Gables Residential/H.G. Smith</u>
          Civil Action No: 05-1358 (CKK)

Dear Judge Kollar-Kotelly:

  This will acknowledge receipt of the Court's Order of July 5, 2007, rescheduling the status conference in this case for August 7, 2007.

  I am scheduled to try the case of <u>Cane v. City of Pocomoke, et al.</u>, Case No: MJG-05-CV-2432, in the United States District Court for the District of Maryland during the week of August 6. While I do not know for sure that the case will be tried that week, I have been ordered to keep that week, as well as the previous week, open for trial in that case. I therefore respectfully request a continuance of the status conference which has been rescheduled for August 7, 2007 in this case.

              Respectfully yours,

              KARPINSKI, COLARESI & KARP

              BY: Daniel Karp

DK/bkh
cc: Mr. William T. Davis