IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01358 |
| GABLES RESIDENTIAL/ H.G. SMITHY | * | Judge Colleen Kollar-Kotelly |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Gables Residential Services, Inc.'s Motion for Summary Judgment, and any opposition thereto, good cause therefor having been shown, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED** that Defendant's Motion for Summary Judgment be and the same is hereby **GRANTED**.

_____
Judge, United States District Court
for the District of Columbia

Copies to:   Daniel Karp, Esq.
120 East Baltimore Street
Suite 1850
Baltimore, Maryland 21202

William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401