IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01358 |
| GABLES RESIDENTIAL/ H.G. SMITHY | * | Court date: 9/6/07 Status Hearing |
| | * | Judge Colleen Kollar-Kotelly |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendant Gables Residential Services, Inc.'s Motion for Summary Judgment and Memorandum in Support thereof exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within twenty-four (24) hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

July 13, 2007                                       Daniel Karp   /s/   ID# 424246
Date                                                Printed Name        Bar Number

                                                    120 East Baltimore Street, Suite 1850
                                                    Address

                                                    Baltimore, Maryland  21202
                                                    City/State/Zip

                                                    410-727-5000   410-727-0861
                                                    Phone No.        Fax No.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of 2007, a copy of the foregoing Notice of Filing of Lengthy Exhibits was filed electronically with notice to:

William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401

/s/
Of Counsel for Defendant
