


# CHARGE QUESTIONNAIRE

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on back before completing this form.

EEOC Use Only | Name (Intake Off

Please answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the EEOC w talk with you after you complete this form.

**Date of Birth:** 04-09-51 Social Security Number 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

(Please Print)

NAME William (First) T (Middle Name or Initial) DAVIS (Last) DATE ______

ADDRESS 2300 Good Hope Rd. SE. #612 TELEPHONE NO. (Include area code) (202) 678-4944

CITY Wash. STATE D.C. ZIP 20020 COUNTY ______

Please provide the name of an individual at a different address in your local area who would know how to reach you.

NAME ______ RELATIONSHIP ______ PHONE ______

ADDRESS ______ CITY ______ STATE ______ ZIP ______

I believe I was discriminated against by: (Check those that apply)

[✓] EMPLOYER [ ] UNION (Give Local No.) [ ] EMPLOYMENT AGENCY [ ] OTHER (Specify)

APPROX NO. EMPLOYED BY THIS EMPLOYER ______

NAME Marbury Plaza
ADDRESS 2300 Good Hope Rd. SE #612
CITY, STATE, ZIP Wash. D.C. 20020

NAME ______
ADDRESS ______
CITY, STATE, ZIP ______

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?

YES: From ______ (date) ______ (current position)

NO: I applied for ______ (position) on ______ (Date)

OR: I was employed as Asst. Cheif Engin (position) until 7-7-03 (date) I was fired (laid off, fired, etc.)

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action? (if more space is required, use reverse.)

Loss of income & place to live ie my apartment.

DEFENDANT'S EXHIBIT 2 1:05CV01358

2003 JUL 21 A 11:11
WASHINGTON FIELD OFFICE WASHINGTON, D.C. 20005

WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE? ______

Exhibit B

Do you believe this action was taken against you because of: (check the one(s) that apply: Race( ) Sex( ) Color( ) Religion( ) National Origin( ) Age( ) Disability( ) Other (explain) Retaliation

For each one you checked above, please specify the particular race, sex, etc. that pertains to you. If you checked any block(s) above, explain why. If you did not check any block, explain the reason(s) why you believe the action was taken against you. For past charges filed in 2000, also for questioning ~~safety~~ safety, ie working with asbestos without any protection, unsafe electrical wiring - ~~[illegible]~~ on-call pay

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you. Do you [✓] consent or [ ] not consent to such disclosures?

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source? [ ] No [✓] Yes (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE Attorney DATE 7-15-03

RESULTS IF ANY: Do not have 2500 for retainer fee

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency? [✓] No [ ] Yes (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE DATE

RESULTS IF ANY:

Have you filed an EEOC Charge in the past? [✓] No [ ] Yes (If answer is yes, complete below)

| APPROX. DATE FILED | ORGANIZATION CHARGED | CHARGE NUMBER (IF KNOWN) |
|---|---|---|
| 1-2000 | H.G. Smithy | 100A00214 |

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE William Dunn DATE 7-21-03

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974; Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).
2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)
3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).
4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary to carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.

WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information