**KARPINSKI, COLARESI & KARP, P.A.**

ATTORNEYS AT LAW

SUITE 1850, 120 EAST BALTIMORE STREET

BALTIMORE, MARYLAND 21202

PHONE 410-727-5000

FAX 410-727-0861

July 19, 2007

VIA ELECTRONIC FILING

The Honorable Magistrate Judge Alan Kay
United States District Court Judge
United States District Court for
 the District of Columbia
333 Constitutions Avenue, NW
Washington, DC 20001

      RE: 325-190
        William T. Davis v. Gables Residential/H.G. Smith
       Civil Action No: 05-1358 (CKK)

Dear Magistrate Judge Kay:

     The settlement conference is scheduled to be held before you at 10:30 a.m. on July 26, 2007 in connection with the above-referenced case. Several matters have just arisen as to which I request the Court's guidance. I am writing this letter to you with the knowledge and consent of William Davis, the pro-se Plaintiff.

     Whereas, Mr. Davis told me, on July 18, 2007, that he was not aware that a settlement conference had been scheduled, for July 26, 2007 or otherwise. He was therefore not planning on being present.

     I also learned on July 18, 2007 that my client's representative has been ordered to attend mediation in another case, in Dallas, Texas, on July 25, 2007, and as a result she may not be able to be here on July 26th. That case, apparently involves multiple parties and has taken several months to schedule. I have been asked to request permission that she be allowed to attend the July 26th settlement conference in this case, if it goes forward, by telephone rather than in person. Alternatively, the representative asks that the settlement conference be scheduled later in the day on July 26th, or in the second alternative rescheduled for another day entirely. Finally, I have been informed that my client will not be making any settlement offer to the Plaintiff in any event. I have advised Mr. Davis of this circumstance.

The Honorable Magistrate Judge Alan Kay
July 19, 2007
Page Two

      In light of the above, I respectfully request that:

         (1) the July 26, 2007 settlement conference be cancelled;
         (2) that in the alternative, my client be allowed to participate by telephone; and
         (3) the third alternative, that the settlement conference be rescheduled.

      After dictating the above, Mr. Davis called me back to advise that he "withdraws his consent," and that I should tell the Court that he disagrees with everything I have said.

      Very truly yours,

      KARPINSKI, COLARESI & KARP

      _____/s/_____
      BY: Daniel Karp

DK:sa

cc: Mr. William T. Davis