UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GABLES RESIDENTIAL/H.G. SMITHY,<br><br>    Defendant. | Civil Action No. 05-1358 (CKK) |

**ORDER**
(July 23, 2007)

On July 13, 2007, Defendant filed a Motion for Summary Judgment in this case, along with a supporting Statement of Material Facts Not Genuinely at Issue. The Court has reviewed Defendant's Statement of Material Facts and notes that it is written in narrative form rather than in concise, individually numbered paragraphs. As set forth in the Court's November 22, 2006 Revised Scheduling and Procedures Order:

> this Court requires that parties comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002). Therefore, a party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied. The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7, formerly Rule 108(h) (which is the same as rule 56.1). The Court assumes facts identified by the moving party in its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

*Davis v. Gables Residential/H.G. Smithy*, Civil Action No. 05-1358, Order (D.D.C. Nov. 22, 2006).

The Court's Scheduling and Procedures Order contemplates that a party moving for summary judgment shall file a Statement of Material Facts that sets forth in concise, individually numbered paragraphs those facts as to which the moving party contends there are no genuine issues, along with references to the parts of the record relied on in support of each factual assertion. *See* LCvR 7(h), 56.1. Such a moving Statement of Material Facts is necessary so that the responding party may, as required by the Court's Scheduling and Procedures Order, "respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied." *Davis*, Order (D.D.C. Nov. 22, 2006). Such precision in a moving Statement of Material Facts is also necessary so that the Court can discern precisely which, if any, material facts the parties dispute, and is particularly important where, as here, the responding party represents himself *pro se*.

Accordingly, it is this 23rd day of July, 2007 hereby

**ORDERED** that [33] Defendant's Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; it is further

**ORDERED** that Defendant shall revise its Statement of Material Facts in support of its Motion for Summary Judgment as described above, and shall additionally revise its Motion for Summary Judgment as necessary, so that Defendant's revised Motion for Summary Judgment cites to the appropriate numbered paragraphs of its revised Statement of Material Facts. It is further

**ORDERED** that Defendant shall file its Revised Motion for Summary Judgment,

supported by its Revised Statement of Material Facts, on or before August 13, 2007.

**SO ORDERED.**

Date: July 23, 2007

                                                  /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge

Copy to:

William T. Davis
Apartment 612
2300 Good Hope Road, SE
Washington, DC 20020