IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01358 |
| GABLES RESIDENTIAL/ H.G. SMITHY | * | Court date: 9/6/07 Status Hearing |
| | * | Judge Colleen Kollar-Kotelly |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S REVISED MOTION FOR SUMMARY JUDGMENT

Gables Residential Services, Inc., Defendant, by KARPINSKI, COLARESI & KARP, and DANIEL KARP, its attorneys, hereby moves for summary judgment, pursuant to Federal Rule of Civil Procedure 56, on the grounds that there is no genuine dispute of material fact and the Defendant is entitled to judgment as a matter of law. In support therefor, Defendant submits Defendant's Revised Statement of Material Facts Not Genuinely at Issue and Defendant's Revised Memorandum in Support of Motion for Summary Judgment filed herewith.

Respectfully submitted,

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
DANIEL KARP, Bar ID# 424246
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202
410-727-5000
*Attorneys for Defendant Gables Residential Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2007, a copy of the foregoing Defendant's Revised Motion for Summary Judgment was electronically filed and sent by first class mail, postage prepaid, to:

William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401

/s/
Of Counsel for Defendant