IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01358 |
| GABLES RESIDENTIAL/ H.G. SMITHY | * | Court date: 9/6/07 Status Hearing |
| | * | Judge Colleen Kollar-Kotelly |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendant Gables Residential Services, Inc.'s Revised Motion for Summary Judgment and Revised Memorandum in Support thereof exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within twenty-four (24) hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

July 24, 2007　　　　　　　　　　　　　　　Daniel Karp    /s/    ID# 424246
Date　　　　　　　　　　　　　　　　　　　Printed Name    Bar Number

　　　　　　　　　　　　　　　　　　　　　120 East Baltimore Street, Suite 1850
　　　　　　　　　　　　　　　　　　　　　Address

　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland   21202
　　　　　　　　　　　　　　　　　　　　　City/State/Zip

　　　　　　　　　　　　　　　　　　　　　410-727-5000    410-727-0861
　　　　　　　　　　　　　　　　　　　　　Phone No.　　　　Fax No.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2007, a copy of the foregoing Notice of Filing of Lengthy Exhibits was filed electronically with notice to:

William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401

_____/s/_____
Of Counsel for Defendant