PRAECIPE

# United States District Court
# for the District of Columbia

the __6th__ day of __September__ 19 __2007__

__William T. Davis__
vs.
__Gables Residential / H.G. Smithy__

Civil / Criminal Action No. __05-1358 (CKK)__

The Clerk of said Court will __Change my address__
__old address — 2300 Good Hope Rd. S.E.__
__Wash. D.C. 20020__

_____
Date

_____
BAR IDENTIFICATION NO.

RECEIVED
SEP - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

__William Davis__
Signature

__William Davis__
Print Name

__3501 Pacific Ave. Apt 89__
Address

__Atlantic City   N.J.   08401__
City            State      Zip Code

__(202) 714-9871__
Phone Number

CERTIFICATE OF SERVICE

Opposing attorney has my new address.

(WD)