# United States District Court for The District of Columbia

**WILLIAM T. DAVIS**    v.    **GABLES RESIDENTIAL/H.G. SMITHY**
Plaintiff

CIVIL ACTION No. 05-1358(CKK)
COURT DATE: SEPTEMBER 6, 2007
STATUS HEARING
JUDGE COLLEEN KOLLAR-KOTELLY

*Let it be filed. Judge CKollar-Kotelly*

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME O RESPOND TO DEFENDANTS MOTION FOR SUMMARY/JUDGEMENT

A)   Court as granted plaintiff one (1) Extension for medical reasons

B)   **Specific Grounds for Motion**
Defendant filed motion for summary/judgment on the day of seventeenth (17) of the month of August of the year two thousand seven( 2007). Defendant filed revised motion for summary/judgment on the date of 8-24-2007. (31 pages) Due to plaintiff medical condition, length and complexity of defendants motion, plaintiff requests a three (3) weeks extension to complete response to defendants motion.

C)   As all discovery has been completed, motion should not affect previously set dates by court.

D)   N/A

E)   Plaintiff has spoken with opposing counsel, and he does not oppose extension.

# CERTIFICATE OF SERVICE

I hereby certify that on the twenty-eighth (28) day of July two thousand seven (2007), a copy of plaintiffs motion for extension was sent by registered mail to :

      MR. DANIEL KARP
      ATTORNEY FOR DEFENDANT

      SUITE 1850, 120 E. BALTIMORE STREET
      BALTIMORE, MD. 21202-1605

A copy was also sent to:

      CLERK'S OFFICE
      U.S. DISTRICT COURT for the
      DISTRICT OF COLUMBIA

      333 CONSTITUTION AVE. N.W.
      WASHINGTON, D.C. 20001