**KARPINSKI, COLARESI & KARP, P.A.**
ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1605

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL bkcklaw@aol.com

DANIEL KARP *
KEVIN KARPINSKI *
RICHARD T. COLARESI
VICTORIA M. SHEARER *
THOMAS S. BOUCHELLE †
SANDRA D. LEE **
JEFFREY A. BARMACH *

\* ADMITTED IN MD AND D.C.
† ADMITTED IN MD AND DE
\*\* ADMITTED IN MD AND N.Y.

October 18, 2007

<u>VIA ELECTRONIC FILING</u>

The Honorable Colleen Kollar-Kotelly
United States District Court Judge
United States District Court for the
District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

        RE: 325-190
          *William T. Davis v. Gables Residential/H.G. Smith*
          Civil Action No: 05-1358 (CKK)

Dear Judge Kollar-Kotelly:

  Defendant filed its Motion for Summary Judgment on July 13, 2007 (Paper 33) and renewed it on July 24, 2007 (Paper 36). On August 2, 2007, the Court advised the Plaintiff of the consequences of failing to file a response (Paper 37). A status conference was held on September 6, 2007, at which time Plaintiff asked for and was given an extension of time, to October 12, 2007, to respond to the Motion for Summary Judgment.

  As of today's date, no response has been filed. Nor have I heard anything from Plaintiff. I therefore request that the Court grant Defendant's Motion for Summary Judgment as being unopposed and conceded.

              Respectfully yours,

              KARPINSKI, COLARESI & KARP

              BY: Daniel Karp

DK/bkh
cc: Mr. William T. Davis