IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM T. DAVIS | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:05CV01358 |
| GABLES RESIDENTIAL/ H.G. SMITHY | * | Court date: None |
| | * | Judge Colleen Kollar-Kotelly |
| Defendant | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST FOR RULING ON MOTION FOR SUMMARY JUDGMENT AND ENTRY OF JUDGMENT

Gables Residential Services, Inc., Defendant, by KARPINSKI, COLARESI & KARP and DANIEL KARP, its attorneys, files this Request for Ruling on Motion for Summary Judgment and Entry of Judgment.

Defendant filed its Motion for Summary Judgment on July 13, 2007 (Paper 33) and renewed it on July 24, 2007 (Paper 36). On August 2, 2007, the Court advised the Plaintiff of the consequences of failing to file a response (Paper 37). A status conference was held on September 6, 2007, at which time Plaintiff asked for and was given an extension of time, to October 12, 2007, to respond to the Motion for Summary Judgment.

As of today's date, no response has been filed. Nor has defense counsel heard anything from Plaintiff. Defendant therefore requests that the Court grant Defendant's Motion for Summary Judgment as being unopposed and conceded.

          Respectfully submitted,

          KARPINSKI, COLARESI & KARP

BY: _____/s/_____
       DANIEL KARP, Bar ID# 424246
       120 East Baltimore Street
       Suite 1850
       Baltimore, Maryland 21202
       410-727-5000
       410-727-0861 (facsimile)
       *Attorneys for Defendant Gables Residential Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October 2007, a copy of the foregoing Request for Ruling on Motion for Summary Judgment and Entry of Judgment was electronically filed and sent by first class mail, postage prepaid, to:

William T. Davis
3501 Pacific Avenue
Apartment 89
Atlantic City, New Jersey 08401

          _____/s/_____
          Of Counsel for Defendant