November 7, 2007

**William T. Davis**
        **Plaintiff**
**VS.**
**Gable Residential H.G Smithy**
        **Defendant**

**RECEIVED**

NOV 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To:  Honorable Colleen Kollar-Kotelly

Re:  Case No. **1:05CV01358**

Dear Judge Kollar-Kotelly:

I am writing this letter to explain the reason why I am unable to respond to the defendant's request for ruling on motion for summary judgment. I lack the expertise to effectively answer defendant's motion. Also, I do not have the financial resources to hire an attorney. I am disabled and awaiting social security disability benefits.

I would like to request that the court deny the Defendant's request for a summary judgment and allow me the chance to prove my case in court.

Respectfully Yours,


**William T. Davis**
4472 Yorktown PL
Mays Landing, NJ 08330
(202)714-9871


*William T. Davis*


C.C Daniel Karp  120 E. Baltimore St.  Suite 1850 * Baltimore, MD 21202