UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM T. DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GABLES RESIDENTIAL/ H.G. SMITHY,<br><br>    Defendant. | Civil Action No. 05-1358 (CKK) |

**ORDER**
(November 29, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 29th day of November, 2007, hereby

**ORDERED** that [36] Defendant's Revised Motion for Summary Judgment is GRANTED in its entirety; it is further

**ORDERED** that [41] Defendant's Request for Ruling on Motion for Summary Judgment and Entry of Judgment is GRANTED; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge

Copy to:
William T. Davis
3501 Pacific Avenue
Apartment #89
Atlantic City, NJ 08401